Tom Curry v. The State.

No. 5551.    Decided November 12, 1919.

**Intoxicating Liquor—Manufacture—Statutes Construed—Companion Case.**

Where upon appeal from a conviction of unlawfully manufacturing intoxicating liquors under the statewide prohibition law, the issues were adversely decided in a companion case, the judgment must be affirmed.

Appeal from the District Court of Smith.   Tried below before the Hon. J. R. Warren, judge.

Appeal from a conviction of unlawfully manufacturing intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—This conviction was for manufacturing intoxicating liquors in violation of the State-wide prohibition statute, passed by the Fourth Called Session of the Thirty-fifth Legislature, found on page 37 of those Acts.   The majority opinion of this court has held this law valid in Ex parte Davis, 86 Texas Crim. Rep., 168 and Ex parte Fulton, 86 Texas Crim. Rep., 149 recently decided. I gave my reasons for believing otherwise, which are of record. It is unnecessary for me to write further on that subject, and in obedience to the opinion of the majority the judgment herein will be affirmed.

*Affirmed.*